

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 7 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| UNITED STATES OF AMERICA | ) | No. 4:20CR 00194 JM |
|---|---|---|
| vs. | ) | 18 U.S.C. §922(g)(1) |
| ADRON WOODS | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about November 20, 2019, the defendant,

ADRON WOODS,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Aggravated Assault, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2007-3647;

2. Possession of a Controlled Substance with Intent to Deliver, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2009-4247; and

3. Two counts of Possession of a Controlled Substance with Intent to Deliver, and Possession of Drug Paraphernalia, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2016-3383.

B.  On or about November 20, 2019, in the Eastern District of Arkansas, the defendant,

ADRON WOODS,

knowingly possessed, in and affecting commerce, a firearm, that is: a Fabrique Nationale (FN), Model Five-Seven, 5.7 x 28mm pistol bearing serial number 386361897, in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, ADRON WOODS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[End of text. Signature page attached.]